IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:25CR3023 |
| vs. | |
| MANUEL ENRIQUE CORONA-RAMIREZ, | ORDER |
| Defendant. | |

A telephone conference was held today. After discussion, the parties agreed this case should be set for a trial. Both parties agreed they would be ready for a trial in May, 2026 and, further, requested the time pursuant to the Speedy Trial Act be excluded until the date of the trial, May 11, 2026. Defendant consented to excluding the time from today's date until May 11, 2026 from any speedy trial calculations so defense counsel could adequately prepare for trial. Based upon the showing set forth during the telephone conference, the Court finds good cause and orders as follows.

IT IS ORDERED:

1) The trial of this case is set to commence before the Honorable Susan M. Bazis, United States District Court Judge in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 8:30 a.m. on May 11, 2026, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

2) Expert witness disclosures as required under Rule 16 must be served on or before May 1, 2026.

3) In accordance with 18 U.S.C. 3161(h)(7)(A), and with the consent of the parties, the Court finds that the ends of justice will be served by setting the trial on May 11, 2026. The Court finds that the time between today's date and May 11, 2026 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 26th day of February, 2026.

                                              BY THE COURT:

                                              *s/ Jacqueline M. DeLuca*
                                              United States Magistrate Judge